# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
SCIENTIFIC TUBE, INC. §  Case No. 10-22201
§
_____Debtor(s)_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH R. VOILAND_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-22201 | RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SCIENTIFIC TUBE, INC. | | | | Date Filed (f) or Converted (c): | 05/15/10 (f) |
| | | | | | 341(a) Meeting Date: | 10/18/10 |
| For Period Ending: | 05/01/12 | | | | Claims Bar Date: | 01/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. proceeds from assignee (Moglia) (u) | 315,000.00 | 350,000.00 | | 359,332.86 | FA |
| 2. Harris Bank - checking acct (u) | 6,033.78 | 0.00 | | 3,233.74 | FA |
| 3. pref. tran. - praxaire (u) | Unknown | 0.00 | | 1,000.00 | FA |
| 4. refund - Health Care Service Corp (u) | Unknown | 0.00 | | 41.20 | FA |
| 5. refund - Com Ed (u) | Unknown | 0.00 | | 1,147.43 | FA |
| 6. tax refund - State of Michigan (u) | Unknown | 0.00 | | 10,920.00 | FA |
| 7. pref tran - RM Creations (u) | Unknown | 0.00 | | 3,081.48 | FA |
| 8. pref. tran. - Gemini Partners (u) | Unknown | 0.00 | | 5,000.00 | FA |
| 9. pref tran - Franklyn Stainless (u) | Unknown | 0.00 | DA | 0.00 | FA |
| 10. savings acct - Harris Bank | 111.74 | 0.00 | | 111.74 | FA |
| 11. cash | 250.00 | 0.00 | DA | 0.00 | FA |
| 12. acct. rec. - Cooper Standard | Unknown | 0.00 | DA | 0.00 | FA |
| 13. acct. rec. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. machinery | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. inventory | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 101.53 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $321,395.52 | $350,000.00 | $383,969.98 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/15/12       Current Projected Date of Final Report (TFR): 03/15/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-22201 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SCIENTIFIC TUBE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5519 Money Market Account |
| Taxpayer ID No: | *******4398 | | | |
| For Period Ending: | 05/01/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/10 | | From Acct #*******5565 | | 9999-000 | 350,000.00 | | 350,000.00 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.43 | | 350,001.43 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 8.90 | | 350,010.33 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 8.05 | | 350,018.38 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 8.91 | | 350,027.29 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 8.62 | | 350,035.91 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 8.91 | | 350,044.82 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.77 | | 350,047.59 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.96 | | 350,050.55 |
| 08/23/11 | 3 | Praxair Distribution, Inc. | settlement payment DEPOSIT CHECK #481528 | 1241-000 | 1,000.00 | | 351,050.55 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.97 | | 351,053.52 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 815.67 | 350,237.85 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -695.45 | 350,933.30 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.87 | | 350,936.17 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 720.71 | 350,215.46 |
| 10/04/11 | 4 | Health Care Service Corporation | blue cross refund DEPOSIT CHECK #7727489 | 1290-000 | 41.20 | | 350,256.66 |
| 10/26/11 | 5 | Com Ed | Com Ed refund DEPOSIT CHECK #1605981 | 1290-000 | 1,147.43 | | 351,404.09 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.97 | | 351,407.06 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 695.70 | 350,711.36 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.87 | | 350,714.23 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 768.61 | 349,945.62 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.96 | | 349,948.58 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 719.06 | 349,229.52 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.29 | | 349,231.81 |
| 01/25/12 | | Transfer to Acct #*******4646 | Bank Funds Transfer | 9999-000 | | 349,231.81 | 0.00 |
| | | | | Page Subtotals | 352,256.11 | 352,256.11 | |

UST Form 101-7-TFR (5/1/2011) (Page: 4)

LFORM24

Ver: 16.05c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | |
|---|---|
| Case No: | 10-22201 -RG |
| Case Name: | SCIENTIFIC TUBE, INC. |
| Taxpayer ID No: | *******4398 |
| For Period Ending: | 05/01/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5519  Money Market Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 352,256.11 | 352,256.11 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 350,000.00 | 349,231.81 | |
| | | Subtotal | 2,256.11 | 3,024.30 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 2,256.11 | 3,024.30 | |

Page Subtotals     0.00     0.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-22201 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | SCIENTIFIC TUBE, INC. | Bank Name: | The Bank of New York Mellon |
|  |  | Account Number / CD #: | *******5565  Money Market Account |
| Taxpayer ID No: | *******4398 |  |  |
| For Period Ending: | 05/01/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 09/03/10 | 1 | Alex D. Moglia, Trustee | turnover of proceeds from assignee DEPOSIT CHECK #103 | 1290-000 | 357,860.06 |  | 357,860.06 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 6.46 |  | 357,866.52 |
| 10/21/10 | 1 | Alex D. Moglia | DEPOSIT CHECK #108 | 1290-000 | 1,472.80 |  | 359,339.32 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 9.12 |  | 359,348.44 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 8.85 |  | 359,357.29 |
| 12/07/10 | 001001 | Paychex Suite 200 1000 East Warrenville Road Naperville, IL 60563 | fee for W-2 preparation | 2990-000 |  | 250.00 | 359,107.29 |
| 12/10/10 |  | To Acct #*******5519 |  | 9999-000 |  | 350,000.00 | 9,107.29 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 7.69 |  | 9,114.98 |
| 01/14/11 |  | Harris Bank | checking account proceeds DEPOSIT CHECK #61942143 |  | 3,345.48 |  | 12,460.46 |
|  | 10 |  |     Memo Amount:        111.74 | 1129-000 |  |  |  |
|  | 2 |  |     Memo Amount:     3,233.74 | 1290-000 |  |  |  |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 |  | 12,460.54 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 |  | 12,460.63 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,460.73 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,460.83 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,460.93 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,461.03 |
| 07/01/11 | 7 | R. M. Creations, Inc. | settlement proceeds DEPOSIT CHECK #12698 | 1241-000 | 3,081.48 |  | 15,542.51 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 |  | 15,542.63 |
| 08/02/11 | 6 | State of Michigan | tax refund DEPOSIT CHECK #VZMB0557 | 1224-000 | 10,920.00 |  | 26,462.63 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 |  | 26,462.84 |

Page Subtotals     376,712.84     350,250.00

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-22201 -RG |
| Case Name: | SCIENTIFIC TUBE, INC. |
| Taxpayer ID No: | *******4398 |
| For Period Ending: | 05/01/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5565 Money Market Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.39 | 26,406.45 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -31.39 | 26,437.84 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,438.05 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.31 | 26,383.74 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,383.96 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.41 | 26,331.55 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,331.76 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.71 | 26,274.05 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,274.27 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.98 | 26,220.29 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 26,220.46 |
| 01/25/12 | | Transfer to Acct #*******4646 | Bank Funds Transfer | 9999-000 | | 26,220.46 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 3,345.48 | COLUMN TOTALS | | 376,713.87 | 376,713.87 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 376,220.46 | |
| | | Subtotal | | 376,713.87 | 493.41 | |
| Memo Allocation Net: | 3,345.48 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 376,713.87 | 493.41 | |

Page Subtotals  1.03  26,463.87

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| | |
|---|---|
| Case No: | 10-22201 -RG |
| Case Name: | SCIENTIFIC TUBE, INC. |
| Taxpayer ID No: | *******4398 |
| For Period Ending: | 05/01/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4646 Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5565 | Bank Funds Transfer | 9999-000 | 26,220.46 | | 26,220.46 |
| 01/25/12 | | Transfer from Acct #*******5519 | Bank Funds Transfer | 9999-000 | 349,231.81 | | 375,452.27 |
| 02/12/12 | 8 | First Community Bank | settlement proceeds - Gemini Part. | 1241-000 | 5,000.00 | | 380,452.27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 380,452.27 | 0.00 | 380,452.27 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 375,452.27 | 0.00 | |
| | | Subtotal | | 5,000.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 5,000.00 | 0.00 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 3,345.48 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account - *******5519 | 2,256.11 | 3,024.30 | 0.00 |
| | | Money Market Account - *******5565 | 376,713.87 | 493.41 | 0.00 |
| Total Memo Allocation Net: | 3,345.48 | Checking Account - *******4646 | 5,000.00 | 0.00 | 380,452.27 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 383,969.98 | 3,517.71 | 380,452.27 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | |
|---|---|---|---|
| | | Page Subtotals | 380,452.27 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 16.05c

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 01, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-22201  
Debtor Name: SCIENTIFIC TUBE, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | U.S. Bankruptcy Court ND, ILL | Administrative | | $1,000.00 | $0.00 | $1,000.00 |
| 001<br>3110-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $2,478.00 | $0.00 | $2,478.00 |
| 001<br>3120-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $40.36 | $0.00 | $40.36 |
| 19<br>610<br>7100-00 | Bolt Logistics<br>PO Box 759<br>Toledo, OH  43697 | Priority | | $0.00 | $0.00 | $0.00 |
| 1<br>610<br>7100-00 | FedEx Customer Information Services<br>Assignee of FedEx Express/FedEX Ground,<br>Memphis, TN  38116 | Unsecured | | $765.07 | $0.00 | $765.07 |
| 2<br>610<br>7100-00 | Praxair Distribution Inc<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, MD  21094 | Unsecured | | $64,558.18 | $0.00 | $64,558.18 |
| 3<br>610<br>7100-00 | Arcelor Stainless Processing<br>Coface North America Inc<br>50 Millstone Rd., Bldg 100, Ste 360<br>East Windsor, NJ  08520 | Unsecured | | $174,925.59 | $0.00 | $174,925.59 |
| 4<br>610<br>7100-00 | Euler Hermes ACI Assignee of<br>Atlas Steel Products Co<br>800 Red Brook Boulevard<br>Owings Mills, MD  21117 | Unsecured | | $117,151.96 | $0.00 | $117,151.96 |
| 5<br>610<br>7100-00 | USF Holland, Inc.<br>c/o Receivable Management Services "RMS"<br>P.O. Box 5126<br>Timonium, MD  21094 | Unsecured | | $16,311.39 | $0.00 | $16,311.39 |
| 6<br>610<br>7100-00 | Burr Oak Tool, Inc<br>405 W South Street<br>PO Box 338<br>Sturgis, MI  49091 | Unsecured | | $1,126.38 | $0.00 | $1,126.38 |
| 7<br>610<br>7100-00 | Tower Oil & Tech Co<br>4300 South Tripp Avenue<br>Chicago, IL  60632 | Unsecured | | $512.36 | $0.00 | $512.36 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 01, 2012 |

Case Number: 10-22201  
Debtor Name: SCIENTIFIC TUBE, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 610 7100-00 | Echo Global Logistics Inc 600 W Chicago, Suite 725 Chicago, IL 60654 | Unsecured | | $3,715.00 | $0.00 | $3,715.00 |
| 9 610 7100-00 | Schnidt Cartage 1625 Hunter Court Hanover Park, IL 60133 | Unsecured | | $305.50 | $0.00 | $305.50 |
| 10 610 7100-00 | Speciality Rolled Metals 423 St Paul Blvd Carol Stream, IL 60188 | Unsecured | | $94,687.13 | $0.00 | $94,687.13 |
| 11 610 7100-00 | Industrial & Wholesale Lumber 4401 N 25th Avenue Schiller Park, IL 60176 | Unsecured | | $391.00 | $0.00 | $391.00 |
| 12 610 7100-00 | Combined Metals of Chicago 2401 W Grant Bellwood, IL 60104 | Unsecured | | $37,612.34 | $0.00 | $37,612.34 |
| 13 610 7100-00 | Tsune America LLC 4480 Ray Boll Blvd Columbus, IN 47203 | Unsecured | | $1,587.03 | $0.00 | $1,587.03 |
| 14 610 7100-00 | Admiral Steel 4152 West 123rd Street Alsip, IL 60803 | Unsecured | | $1,769.62 | $0.00 | $1,769.62 |
| 15 610 7100-00 | United Propane and Energy Co 3805 Clearview Court Gurnee, IL 60031 | Unsecured | | $649.33 | $0.00 | $649.33 |
| 16 610 7100-00 | Straub Metal International 102 Solomon Street Ashley, PA 18706 | Unsecured | | $19,039.08 | $0.00 | $19,039.08 |
| 17 610 7100-00 | RBS Packaging Inc PO Box 454 South Elgin, IL 60177 | Unsecured | | $3,157.08 | $0.00 | $3,157.08 |
| 18 610 7100-00 | VIP Property Maintenace 12N442 Switzer Road Elgin, IL 60124 | Unsecured | | $6,632.00 | $0.00 | $6,632.00 |
| 20 610 7100-00 | Amstek Metal 2408 W McDonough Street Joliet, IL 60434 | Unsecured | | $1,067,692.83 | $0.00 | $1,067,692.83 |
| 21 610 7100-00 | Northwest Benefit Consultants Inc 2720 S River Road Suite 102 Des Plaines, IL 60016 | Unsecured | | $3,220.00 | $0.00 | $3,220.00 |
| 22 610 7100-00 | Ken-Mac Metals Attn: Denise E. Love 17901 Englewood Drive Cleveland, OH 44130 | Unsecured | | $14,783.12 | $0.00 | $14,783.12 |

|  |  | EXHIBIT A |  |
|---|---|---|---|
| Page 3 |  | ANALYSIS OF CLAIMS REGISTER | Date: May 01, 2012 |

Case Number: 10-22201
Debtor Name: SCIENTIFIC TUBE, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 23 610 7100-00 | Addison Machine Engineering Inc 1301 Industrial Street Reedsburg, WI 53959 | Unsecured |  | $106,812.32 | $0.00 | $106,812.32 |
| 24 610 7100-00 | Nicor Gas PO Box 549 Aurora, IL 60507 | Unsecured |  | $14,089.91 | $0.00 | $14,089.91 |
| 25 610 7100-00 | Elite Stainless Steel Inc 24560 Groesbeck Hwy Warren, MI 48089 | Unsecured |  | $50,879.07 | $0.00 | $50,879.07 |
| 26 610 7100-00 | Cray, Kaiser Ltd 1901 S Meyers Road Suite 230 Oakbrook Terrace, IL 60181 | Unsecured |  | $7,967.52 | $0.00 | $7,967.52 |
| 27 620 7200-00 | Steel Cutters, Inc 2605 Huffman Blvd Rockford, IL 61103 | Unsecured |  | $7,029.00 | $0.00 | $7,029.00 |
| 28 620 7200-00 | DiMonte & Lizak, LLC Riccardo A DiMonte 216 West Higgins Road Park Ridge, IL 60068 | Unsecured |  | $27,118.19 | $0.00 | $27,118.19 |
| 29 630 7200-00 | Echo Global Logistics Inc 600 W Chicago, Suite 725 Chicago, IL 60654 | Unsecured |  | $0.00 | $0.00 | $0.00 |
|  | Case Totals: |  |  | $1,848,006.36 | $0.00 | $1,848,006.36 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-22201
Case Name: SCIENTIFIC TUBE, INC.
Trustee Name: JOSEPH R. VOILAND

      Balance on hand       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Charges: U.S. Bankruptcy Court ND, ILL | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FedEx Customer Information Services | $ | $ | $ |
| 2 | Praxair Distribution Inc | $ | $ | $ |
| 3 | Arcelor Stainless Processing | $ | $ | $ |
| 4 | Euler Hermes ACI Assignee of | $ | $ | $ |
| 5 | USF Holland, Inc. | $ | $ | $ |
| 6 | Burr Oak Tool, Inc | $ | $ | $ |
| 7 | Tower Oil & Tech Co | $ | $ | $ |
| 8 | Echo Global Logistics Inc | $ | $ | $ |
| 9 | Schnidt Cartage | $ | $ | $ |
| 10 | Speciality Rolled Metals | $ | $ | $ |
| 11 | Industrial & Wholesale Lumber | $ | $ | $ |
| 12 | Combined Metals of Chicago | $ | $ | $ |
| 13 | Tsune America LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Admiral Steel | $ | $ | $ |
| 15 | United Propane and Energy Co | $ | $ | $ |
| 16 | Straub Metal International | $ | $ | $ |
| 17 | RBS Packaging Inc | $ | $ | $ |
| 18 | VIP Property Maintenace | $ | $ | $ |
| 19 | Bolt Logistics | $ | $ | $ |
| 20 | Amstek Metal | $ | $ | $ |
| 21 | Northwest Benefit Consultants Inc | $ | $ | $ |
| 22 | Ken-Mac Metals | $ | $ | $ |
| 23 | Addison Machine Engineering Inc | $ | $ | $ |
| 24 | Nicor Gas | $ | $ | $ |
| 25 | Elite Stainless Steel Inc | $ | $ | $ |
| 26 | Cray, Kaiser Ltd | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____


Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | Steel Cutters, Inc | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | DiMonte & Lizak, LLC | $ | $ | $ |
| 29 | Echo Global Logistics Inc | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE