UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SCIENTIFIC TUBE, INC. § Case No. 10-22201
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/12/2012 in Courtroom 250,

United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/08/2012                    By: Kenneth S. Gardner
                                               Clerk of the Bankruptcy Court


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SCIENTIFIC TUBE, INC. §   Case No. 10-22201
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 383,969.98 |
| and approved disbursements of | $ 3,517.71 |
| leaving a balance on hand of[1] | $ 380,452.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH R. VOILAND | $ 22,448.50 | $ 0.00 | $ 22,448.50 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 794.47 | $ 0.00 | $ 794.47 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 2,478.00 | $ 0.00 | $ 2,478.00 |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ 40.36 | $ 0.00 | $ 40.36 |
| Charges: U.S. Bankruptcy Court ND, ILL | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 26,761.33 |
| Remaining Balance | | $ | 353,690.94 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,810,340.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FedEx Customer Information Services | $ 765.07 | $ 0.00 | $ 149.47 |
| 2 | Praxair Distribution Inc | $ 64,558.18 | $ 0.00 | $ 12,612.90 |
| 3 | Arcelor Stainless Processing | $ 174,925.59 | $ 0.00 | $ 34,175.66 |
| 4 | Euler Hermes ACI Assignee of | $ 117,151.96 | $ 0.00 | $ 22,888.28 |
| 5 | USF Holland, Inc. | $ 16,311.39 | $ 0.00 | $ 3,186.80 |
| 6 | Burr Oak Tool, Inc | $ 1,126.38 | $ 0.00 | $ 220.06 |
| 7 | Tower Oil & Tech Co | $ 512.36 | $ 0.00 | $ 100.10 |
| 8 | Echo Global Logistics Inc | $ 3,715.00 | $ 0.00 | $ 725.81 |
| 9 | Schnidt Cartage | $ 305.50 | $ 0.00 | $ 59.69 |
| 10 | Speciality Rolled Metals | $ 94,687.13 | $ 0.00 | $ 18,499.27 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Industrial & Wholesale Lumber | $ 391.00 | $ 0.00 | $ 76.39 |
| 12 | Combined Metals of Chicago | $ 37,612.34 | $ 0.00 | $ 7,348.42 |
| 13 | Tsune America LLC | $ 1,587.03 | $ 0.00 | $ 310.06 |
| 14 | Admiral Steel | $ 1,769.62 | $ 0.00 | $ 345.74 |
| 15 | United Propane and Energy Co | $ 649.33 | $ 0.00 | $ 126.86 |
| 16 | Straub Metal International | $ 19,039.08 | $ 0.00 | $ 3,719.71 |
| 17 | RBS Packaging Inc | $ 3,157.08 | $ 0.00 | $ 616.81 |
| 18 | VIP Property Maintenace | $ 6,632.00 | $ 0.00 | $ 1,295.71 |
| 19 | Bolt Logistics | $ 0.00 | $ 0.00 | $ 0.00 |
| 20 | Amstek Metal | $ 1,067,692.83 | $ 0.00 | $ 208,597.89 |
| 21 | Northwest Benefit Consultants Inc | $ 3,220.00 | $ 0.00 | $ 629.10 |
| 22 | Ken-Mac Metals | $ 14,783.12 | $ 0.00 | $ 2,888.22 |
| 23 | Addison Machine Engineering Inc | $ 106,812.32 | $ 0.00 | $ 20,868.20 |
| 24 | Nicor Gas | $ 14,089.91 | $ 0.00 | $ 2,752.78 |
| 25 | Elite Stainless Steel Inc | $ 50,879.07 | $ 0.00 | $ 9,940.37 |
| 26 | Cray, Kaiser Ltd | $ 7,967.52 | $ 0.00 | $ 1,556.64 |

Total to be paid to timely general unsecured creditors    $ 353,690.94

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 34,147.19 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | Steel Cutters, Inc | $ 7,029.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | DiMonte & Lizak, LLC | $ 27,118.19 | $ 0.00 | $ 0.00 |
| 29 | Echo Global Logistics Inc | $ 0.00 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R.  Voiland
                                                                                Trustee


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-22201-MB
Scientific Tube, Inc.                                                   Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mflowers              Page 1 of 4                  Date Rcvd: Jun 11, 2012
                               Form ID: pdf006             Total Noticed: 100

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2012.
```
db          #+Scientific Tube, Inc.,    770 Tollgate Road,    Elgin, IL 60123-9369
16112875     +A R Industries of Illinois Inc,    PO Box 821,    Addison, IL 60101-0821
16112880     +ADT Security Services, Inc,    PO Box 371967,    Pittsburgh, PA 15250-7967
16112876     +Accent Bearing Co Inc,    367 S Rohlwing Road Suite G,    Addison, IL 60101-3064
16112877     +Addison Abrasives,    341 Interstate Road,    Addison, IL 60101-4515
16112878     +Addison Machine Engineering Inc,    1301 Industrial Street,    Reedsburg, WI 53959-2139
16112879     +Admiral Steel,    4152 West 123rd Street,    Alsip, IL 60803-1869
16112881     +Airgas North Central,    166 Virgina Road,    Crystal Lake, IL 60014-7904
16112882     +Amcol Corporation,    21435 Dequindre,    Hazel Park, MI 48030-2350
16112883     +Amstek Metal,    2408 W McDonough Street,    Joliet, IL 60436-1026
16112884     +Arc-Tone,    2091 Las Palmas Drive Suite F,    Carlsbad, CA 92011-1551
15845836     +Arcelor Stainless Processing,    Coface North America Inc,    50 Millstone Rd., Bldg 100, Ste 360,
               East Windsor, NJ 08520-1415
16112885     +Arcelor Stainless Processing LLC,    6775 Center Drive,    Sterling Heights,MI 48312-2627
16112886     +Atlas Steel Products Co,    600 South 7th Street,    Louisville, KY 40203-1968
16112887     +Bluewater Thermal Services,    75 East Lake Street,    Northlake, IL 60164-2419
16112888     +Bolt Logistics,    PO Box 759,    Toledo, OH 43697-0759
16112889     +Burr Oak Tool, Inc,    405 W South Street,    PO Box 338,    Sturgis, MI 49091-0338
16112890     +Catching Fluidpower Inc,    3643 Eagle Way,    Chicago, IL 60678-1036
16112891     +Cintas Corporation,    5100 26th Avenue,    Rockford, IL 61109-1792
16112892     +Combined Metals of Chicago,    2401 W Grant,    Bellwood, IL 60104-1697
16112895     +Cooper Standard Automotive,    PO Box 311,    Auburn, IN 46706-0311
16112896     +Cray, Kaiser Ltd,    1901 S Meyers Road Suite 230,    Oakbrook Terrace, IL 60181-5206
16112897     +DiMonte & Lizak LLC,    216 W Higgins Road,    Park Ridge, IL 60068-5706
17133289     +DiMonte & Lizak, LLC,    Riccardo A DiMonte,    216 West Higgins Road,    Park Ridge, IL 60068-5706
16112899     +Elgin Sheet Metal Co,    PO Box 509,    South Elgin, IL 60177-0509
16112900     +Elite Stainless Steel Inc,    24560 Groesbeck Hwy,    Warren, MI 48089-2144
15871160     +Euler Hermes ACI Assignee of,    Atlas Steel Products Co,    800 Red Brook Boulevard,
               Owings Mills, MD 21117-5190
16112901     +FBN Pallets & Crating Inc,    PO Box 381,    Addison, IL 60101-0381
16112902      FedEx,    PO Box 94515,    Palatine, IL 60094-4515
15667864     +FedEx Customer Information Services,    Assignee of FedEx Express/FedEX Ground,
               Attn Revenue Recovery/Bankruptcy,    3965 Airways Blvd, Module G, 3rd Floor,
               Memphis, TN 38116-5017
16112903     +Fort Dearborn Life Insurance Co,    36788 Eagle Way,    Chicago, IL 60678-1367
16112904    #+Franlin Stainless Corp,    85 Harbor Road,    Port Washington, NY 11050-2535
16112905     +G Neil,    PO Box 451179,    Sunrise, FL 33345-1179
16112906     +GE Capital,    PO Box 740423,    Atlanta, GA 30374-0423
16112909     +Goding Electric Co,    686 E Fullerton Avenue,    Glendale Heights, IL 60139-2597
16112910      Grainger,    59595 W Howard Street,    Niles, IL 60714
16112911     +Grubb & Ellis Company,    9550 W Higgins Road Suite 1050,    Rosemont, IL 60018-4962
16112914     +IL Office of the State Marshal,    1035 Stevenson Drive,    Southern View, IL 62703-4259
16112913      Ice Mountain Direct,    215 6661 Dixie Highway Suite 4,    Louisville, KY 40258
16112915     +Illinois Fire & Safety Company,    702 S Rohlwing Road,    Addison, IL 60101-4288
16112916     +Industrial & Wholesale Lumber,    4401 N 25th Avenue,    Schiller Park, IL 60176-1476
16112917     +Ken-Mac Metals,    Attn: Denise E. Love,    17901 Englewood Drive,    Cleveland, OH 44130-3454
16112918     +Kent Corporation,    9601 York Alpha Drive,    North Royalton, OH 44133-3503
16112920     +Masteman’s,    11 C Street,    PO Box 411,    Auburn, MA 01501-0411
16112921     +McMaster Carr Supply Co,    PO Box 7690,    Chicago, IL 60680-7690
16112922     +Mistras Group,    161 Tower Drive Suite E,    Burr Ridge, IL 60527-7818
16112924     +N&M Transfer,    630 Muttart Road,    Neenah, WI 54956-9764
16112925     +National Imaging Systems Inc,    14504 Friar Street,    Van Nuys, CA 91411-2308
16112927     +Northwest Benefit Consultants Inc,    2720 S River Road Suite 102,    Des Plaines, IL 60018-4110
16112928     +Norwalk Innovations,    807 A N Prince Lane,    Springfield,MO 65802-6329
16112929     +Occupational Health Services,    77 N Airlite Street,    Elgin, IL 60123-4912
16112930     +Omega Cube Technologies,    550 E Devon Avenue Suite 170,    Itasca, IL 60143-2632
16112931     +Pagliuco Design Company,    509 Duane,    Glen Ellyn, IL 60137-4549
16112932     +Panther Expedited Services Inc,    PO Box 88543,    Milwaukee, WI 53288-0001
16112933     +Pat Mooney Inc,    502 S Westgate Street,    Addison, IL 60101-4525
16112934     +PetroLiance LLC,    PO Box 95692,    Charlotte, NC 28290-0001
16112937     +Potter & Associates Inc,    306 Cloverly Road,    Grosse Pointe, MI 48236-3306
15799971     +Praxair Distribution Inc,    c/o RMS Bankruptcy Recovery Services,    PO Box 5126,
               Timonium, Maryland 21094-5126
16112938     +Praxair Distribution Inc,    39 Old Ridgebury Road,    Danbury, CT 06810-5103
17223216     +Praxair Distribution, Inc.,    Dept CH 10660,    Palatine, IL 60055-0001
16112939      Quill,    PO Box 37600,    Philadelphia, PA 19101-0600
16112941     +RBS Packaging Inc,    PO Box 454,    South Elgin, IL 60177-0454
16112940     +RM Creations INc,    50 Cragwood Road Suite 308,    South Plainfield NJ 07080-2436
16112942     +Rolled Metal Products,    12550 Lombard Lane,    Alsip, IL 60803-1909
16112943     +Schnidt Cartage,    1625 Hunter Court,    Hanover Park, IL 60133-6767
16112944     +Sherman Hospital,    1425 North Randall Road,    Elgin, IL 60123-2300
16112945     +Speciality Rolled Metals,    423 St Paul Blvd,    Carol Stream, IL 60188-5207
16112947     +Stainless Sales Corp,    3301 S Justine Street,    Chicago, IL 60608-6332
16112948     +Stamar Packaging,    10 N Mitchell Court,    Addison, IL 60101-1407
```

```
District/off: 0752-1           User: mflowers              Page 2 of 4                   Date Rcvd: Jun 11, 2012
                               Form ID: pdf006             Total Noticed: 100

16112949     +Steel Cutters, Inc,   2605 Huffman Blvd,   Rockford, IL 61103-3968
16112950     +Stone River Pharmacy Solutions,   PO Box 540591,   Saint Louis, MO 63150-0001
16112951     +Straub Metal International,   102 Solomon Street,   Ashley, PA 18706-3000
16112952     +Supplier Quality Services,   306 E Paisano Drive,   El Paso, TX 79901-2722
16112953     +Tazmanian Freight Systems,   PO Box 632655,   Cincinnati, OH 45263-2655
16112954     +Tennant Sales & Services Co,   PO Box 71414,   Chicago, IL 60694-1414
16112955     +Terrace Supply,   PO Box 5002 710 N Addison,   Villa Park, IL 60181-5002
16112956     +Total Management Systems Inc,   900 West Fullerton Avenue,   Addison, IL 60101-3306
16112957     +Tower Oil & Tech Co,   4300 South Tripp Avenue,   Chicago, IL 60632-4319
16112958     +Tsune America LLC,   4480 Ray Boll Blvd,   Columbus, IN 47203-1760
16112964     +USF Holland, Inc,   750 East 40th Street,   PO Box 9021,   Holland, MI 49422-9021
15908139     +USF Holland, Inc.,   c/o Receivable Management Services "RMS",   P.O. Box 5126,
               Timonium, Maryland 21094-5126
16112959     +Uline,   2200 S Lakeside Drive,   Waukegan, IL 60085-8311
16112960     +UniFirst Corporation,   2045 North 17th Avenue,   Melrose Park, IL 60160-1347
16112961     +United Parcel Service,   780 West Army Trail Road,   Carol Stream, IL 60132-0001
16112962     +United Propane and Energy Co,   3805 Clearview Court,   Gurnee, IL 60031-1247
16112963     +United States Life Ins Co,   3600 Rout 66 PO Box 1580,   Neptune, NJ 07754-1580
16112966     +VIP Property Maintenace,   12N442 Switzer Road,   Elgin, IL 60124-8051
16112967     +Waste Management,   1411 Opus Place,   Suite 400,   Downers Grove, IL 60515-1481

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16112893      +E-mail/Text: legalcollections@comed.com Jun 12 2012 02:54:01      ComEd,   PO Box 6111,
               Carol Stream, IL 60197-6111
16112894      +E-mail/PDF: IWEBER@CONNEY.COM Jun 12 2012 05:05:30      Conney Safety Products,
               3202 Latham Drive,   Madison, WI 53713-4635
16112898      +E-mail/Text: ar@echo.com Jun 12 2012 03:27:31      Echo Global Logistics Inc,
               600 W Chicago, Suite 725,   Chicago, IL 60654-2522
16112912      +E-mail/Text: bankruptcy@compass-usa.com Jun 12 2012 04:43:11      Highland Estates Coffee Traders,
               PO Box 91337,   Chicago,IL 60693-1337
16112923      +E-mail/Text: legaldept@mscdirect.com Jun 12 2012 03:27:05      MSC Industrial Supply Co,
               75 Maxess Road,   Melville, NY 11747-3151
16576357      +E-mail/Text: bankrup@nicor.com Jun 12 2012 01:08:04      Nicor Gas,   PO Box 549,
               Aurora IL 60507-0549
16112926      +E-mail/Text: bankrup@nicor.com Jun 12 2012 01:08:04      Nicor Gas,   PO Box 0632,
               Aurora, IL 60507-0632
17223215      +E-mail/Text: bankruptcy@pb.com Jun 12 2012 02:54:36      Pitney Bowes,   2225 American Drive,
               Neenah, WI 54956-1005
16112935      +E-mail/Text: bankruptcy@pb.com Jun 12 2012 02:54:36      Pitney Bowes,   PO Box 856460,
               Louisville, KY 40285-6460
16112936       E-mail/Text: bankruptcy@pb.com Jun 12 2012 02:54:36      Pitney Bowes Purchase Power,
               PO Box 856042,   Louisville, KY 40285-6042
16112946       E-mail/Text: appebnmailbox@sprint.com Jun 12 2012 01:23:17      Sprint,   PO Box 4181,
               Carol Stream, IL 60197-4191
16112965      +E-mail/Text: account.receivable@videojet.com Jun 12 2012 04:45:04      Videojet Technologies Inc,
               1500 Mittel Blvd,   Wood Dale, IL 60191-1072
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16112907       Gemini Partners LLC
16112908       Gerald W Brunken Sr
16576364*     +Nicor Gas,   PO Box 549,   Aurora IL 60507-0549
16112919     ##+Magnetic Analysis Corp,   535 S 4th Avenue,   Mount Vernon,NY 10550-4403
                                                                                   TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: mflowers            Page 3 of 4            Date Rcvd: Jun 11, 2012
                              Form ID: pdf006           Total Noticed: 100
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2012**                     **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: mflowers            Page 4 of 4                  Date Rcvd: Jun 11, 2012
                              Form ID: pdf006           Total Noticed: 100
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2012 at the address(es) listed below:

```
          Aaron   Davis    on behalf of Interested Party   Bankruptcy Management Solutions, Inc.
           aaron.davis@bryancave.com, CHDocketing@bryancave.com;kat.flaherty@bryancave.com
          Abraham   Brustein    on behalf of Debtor   Scientific Tube, Inc. abrustein@dimonteandlizak.com,
           phogan@dimontelaw.com
          Christopher M. Saternus    on behalf of Petitioning Creditor   Amstek Metal, LLC cmsaternus@msn.com
          Derek D Samz    on behalf of Debtor   Scientific Tube, Inc. dereksamz@gmail.com,
           nromando@dimontelaw.com
          John E Gierum    on behalf of Other Prof. Alex Moglia jgierum@7trustee.net,
           joanne@gierummantas.com;karen@gierummantas.com
          Joseph   Voiland    jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
          Joseph R Voiland    on behalf of Plaintiff Joseph Voiland jrvoiland@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stephen G Wolfe    on behalf of U.S. Trustee Patrick Layng steve.g.wolfe@usdoj.gov,
           jennifer.r.toth@usdoj.gov
          William R. Brodzinski    on behalf of Defendant   Gemini Partners, LLC wbrodzinski@mrvlaw.com
                                                                                             TOTAL: 10
```