UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCIENTIFIC TUBE, INC. | § | Case No. 10-22201 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/JOSEPH R. VOILAND _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| VOILAND, JOSEPH R. | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| U.S. BANKRUPTCY COURT ND, ILL | | | | | |
| Paychex | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23 | ADDISON MACHINE ENGINEERING INC | | | | | |
| 14 | ADMIRAL STEEL | | | | | |
| 20 | AMSTEK METAL | | | | | |
| 3 | ARCELOR STAINLESS PROCESSING | | | | | |
| 19 | BOLT LOGISTICS | | | | | |
| 6 | BURR OAK TOOL, INC | | | | | |
| 12 | COMBINED METALS OF CHICAGO | | | | | |
| 26 | CRAY, KAISER LTD | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | ECHO GLOBAL LOGISTICS INC | | | | | |
| 25 | ELITE STAINLESS STEEL INC | | | | | |
| 4 | EULER HERMES ACI ASSIGNEE OF | | | | | |
| 1 | FEDEX CUSTOMER INFORMATION SERVICES | | | | | |
| 11 | INDUSTRIAL & WHOLESALE LUMBER | | | | | |
| 22 | KEN-MAC METALS | | | | | |
| 24 | NICOR GAS | | | | | |
| 21 | NORTHWEST BENEFIT CONSULTANTS INC | | | | | |
| 2 | PRAXAIR DISTRIBUTION INC | | | | | |
| 17 | RBS PACKAGING INC | | | | | |
| 9 | SCHNIDT CARTAGE | | | | | |
| 10 | SPECIALITY ROLLED METALS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | STRAUB METAL INTERNATIONAL | | | | | |
| 7 | TOWER OIL & TECH CO | | | | | |
| 13 | TSUNE AMERICA LLC | | | | | |
| 15 | UNITED PROPANE AND ENERGY CO | | | | | |
| 5 | USF HOLLAND, INC. | | | | | |
| 18 | VIP PROPERTY MAINTENACE | | | | | |
| 28 | DIMONTE & LIZAK, LLC | | | | | |
| 29 | ECHO GLOBAL LOGISTICS INC | | | | | |
| 27 | STEEL CUTTERS, INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:     1

Exhibit 8

| Case No: | 10-22201 | RG | Judge: MANUEL BARBOSA |
| --- | --- | --- | --- |
| Case Name: | SCIENTIFIC TUBE, INC. | | |

For Period Ending:  11/18/12

| Trustee Name: | JOSEPH R. VOILAND |
| --- | --- |
| Date Filed (f) or Converted (c): | 05/15/10 (f) |
| 341(a) Meeting Date: | 10/18/10 |
| Claims Bar Date: | 01/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. proceeds from assignee (Moglia) (u) | 315,000.00 | 350,000.00 | | 359,332.86 | FA |
| 2. Harris Bank - checking acct (u) | 6,033.78 | 0.00 | | 3,233.74 | FA |
| 3. pref. tran. - praxaire (u) | Unknown | 0.00 | | 1,000.00 | FA |
| 4. refund - Health Care Service Corp (u) | Unknown | 0.00 | | 41.20 | FA |
| 5. refund - Com Ed (u) | Unknown | 0.00 | | 1,147.43 | FA |
| 6. tax refund - State of Michigan (u) | Unknown | 0.00 | | 10,920.00 | FA |
| 7. pref tran - RM Creations (u) | Unknown | 0.00 | | 3,081.48 | FA |
| 8. pref. tran. - Gemini Partners (u) | Unknown | 0.00 | | 5,000.00 | FA |
| 9. pref tran - Franklyn Stainless (u) | Unknown | 0.00 | DA | 0.00 | FA |
| 10. savings acct - Harris Bank | 111.74 | 0.00 | | 111.74 | FA |
| 11. cash | 250.00 | 0.00 | DA | 0.00 | FA |
| 12. acct. rec. - Cooper Standard | Unknown | 0.00 | DA | 0.00 | FA |
| 13. acct. rec. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. machinery | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. inventory | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 101.53 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $321,395.52 | $350,000.00 | | $383,969.98 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/15/12        Current Projected Date of Final Report (TFR): 03/15/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-22201  -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | SCIENTIFIC TUBE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5519  Money Market Account |
| Taxpayer ID No: | *******4398 | | | |
| For Period Ending: | 11/18/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/10 | | From Acct #*******5565 | | 9999-000 | 350,000.00 | | 350,000.00 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.43 | | 350,001.43 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 8.90 | | 350,010.33 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 8.05 | | 350,018.38 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 8.91 | | 350,027.29 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 8.62 | | 350,035.91 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 8.91 | | 350,044.82 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.77 | | 350,047.59 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.96 | | 350,050.55 |
| 08/23/11 | 3 | Praxair Distribution, Inc. | settlement payment<br>DEPOSIT CHECK #481528 | 1241-000 | 1,000.00 | | 351,050.55 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.97 | | 351,053.52 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 815.67 | 350,237.85 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -695.45 | 350,933.30 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.87 | | 350,936.17 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 720.71 | 350,215.46 |
| 10/04/11 | 4 | Health Care Service Corporation | blue cross refund<br>DEPOSIT CHECK #7727489 | 1290-000 | 41.20 | | 350,256.66 |
| 10/26/11 | 5 | Com Ed | Com Ed refund<br>DEPOSIT CHECK #1605981 | 1290-000 | 1,147.43 | | 351,404.09 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.97 | | 351,407.06 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 695.70 | 350,711.36 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.87 | | 350,714.23 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 768.61 | 349,945.62 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.96 | | 349,948.58 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 719.06 | 349,229.52 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.29 | | 349,231.81 |
| 01/25/12 | | Transfer to Acct #*******4646 | Bank Funds Transfer | 9999-000 | | 349,231.81 | 0.00 |

Page Subtotals          352,256.11          352,256.11

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR** (5/1/2011) *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-22201  -RG | |
| Case Name: | SCIENTIFIC TUBE, INC. | |
| | | |
| Taxpayer ID No: | *******4398 | |
| For Period Ending: | 11/18/12 | |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5519  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 352,256.11 | 352,256.11 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 350,000.00 | 349,231.81 | |
| | | Subtotal | 2,256.11 | 3,024.30 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 2,256.11 | 3,024.30 | |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

## FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 10-22201  -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | SCIENTIFIC TUBE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5565  Money Market Account |

Taxpayer ID No:   *******4398

For Period Ending:  11/18/12

Blanket Bond (per case limit):   $ 50,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/03/10 | 1 | Alex D. Moglia, Trustee | turnover of  proceeds from assignee | 1290-000 | 357,860.06 | | 357,860.06 |
| | | | DEPOSIT CHECK #103 | | | | |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 6.46 | | 357,866.52 |
| 10/21/10 | 1 | Alex D. Moglia | DEPOSIT CHECK #108 | 1290-000 | 1,472.80 | | 359,339.32 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 9.12 | | 359,348.44 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 8.85 | | 359,357.29 |
| 12/07/10 | 001001 | Paychex | fee for W-2 preparation | 2990-000 | | 250.00 | 359,107.29 |
| | | Suite 200 | | | | | |
| | | 1000 East Warrenville Road | | | | | |
| | | Naperville, IL  60563 | | | | | |
| 12/10/10 | | To Acct #*******5519 | | 9999-000 | | 350,000.00 | 9,107.29 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 7.69 | | 9,114.98 |
| 01/14/11 | | Harris Bank | checking account proceeds | | 3,345.48 | | 12,460.46 |
| | | | DEPOSIT CHECK #61942143 | | | | |
| | 10 | | Memo Amount:        111.74 | 1129-000 | | | |
| | 2 | | Memo Amount:      3,233.74 | 1290-000 | | | |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 12,460.54 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 12,460.63 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,460.73 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,460.83 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,460.93 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,461.03 |
| 07/01/11 | 7 | R. M. Creations, Inc. | settlement proceeds | 1241-000 | 3,081.48 | | 15,542.51 |
| | | | DEPOSIT CHECK #12698 | | | | |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,542.63 |
| 08/02/11 | 6 | State of Michigan | tax refund | 1224-000 | 10,920.00 | | 26,462.63 |
| | | | DEPOSIT CHECK #VZMB0557 | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.21 | | 26,462.84 |

Page Subtotals              376,712.84        350,250.00

Ver: 16.05c

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-22201  -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | SCIENTIFIC TUBE, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******5565  Money Market Account |
| Taxpayer ID No: | *******4398 | | |
| For Period Ending: | 11/18/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.39 | 26,406.45 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -31.39 | 26,437.84 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.21 | | 26,438.05 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.31 | 26,383.74 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 26,383.96 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.41 | 26,331.55 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.21 | | 26,331.76 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.71 | 26,274.05 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 26,274.27 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.98 | 26,220.29 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 26,220.46 |
| 01/25/12 | | Transfer to Acct #*******4646 | Bank Funds Transfer | 9999-000 | | 26,220.46 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 3,345.48 | COLUMN TOTALS | | 376,713.87 | 376,713.87 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 376,220.46 | |
| | | Subtotal | | 376,713.87 | 493.41 | |
| Memo Allocation Net: | 3,345.48 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 376,713.87 | 493.41 | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 1.03 | 26,463.87 |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

Exhibit 9

| Case No: | 10-22201  -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SCIENTIFIC TUBE, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4646  Checking Account |
| Taxpayer ID No: | *******4398 | | | |
| For Period Ending: | 11/18/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5565 | Bank Funds Transfer | 9999-000 | 26,220.46 | | 26,220.46 |
| 01/25/12 | | Transfer from Acct #*******5519 | Bank Funds Transfer | 9999-000 | 349,231.81 | | 375,452.27 |
| 02/12/12 | 8 | First Community Bank | settlement proceeds - Gemini Part. | 1241-000 | 5,000.00 | | 380,452.27 |
| 07/12/12 | 001001 | JOSEPH R. VOILAND | | 2100-000 | | 22,448.50 | 358,003.77 |
| 07/12/12 | 001002 | JOSEPH R. VOILAND | | 2200-000 | | 794.47 | 357,209.30 |
| 07/12/12 | 001003 | JOSEPH R. VOILAND | | 3110-000 | | 2,478.00 | 354,731.30 |
| | | 1625 Wing Road | | | | | |
| | | Yorkville, IL  60560 | | | | | |
| 07/12/12 | 001004 | JOSEPH R. VOILAND | | 3120-000 | | 40.36 | 354,690.94 |
| | | 1625 Wing Road | | | | | |
| | | Yorkville, IL  60560 | | | | | |
| 07/12/12 | 001005 | U.S. Bankruptcy Court ND, ILL | | 2700-000 | | 1,000.00 | 353,690.94 |
| 07/12/12 | 001006 | FedEx Customer Information Services | | 7100-000 | | 149.47 | 353,541.47 |
| | | Assignee of FedEx Express/FedEX Ground, | | | | | |
| | | Memphis, TN  38116 | | | | | |
| 07/12/12 | 001007 | Praxair Distribution Inc | | 7100-000 | | 12,612.90 | 340,928.57 |
| | | c/o RMS Bankruptcy Recovery Services | | | | | |
| | | PO Box 5126 | | | | | |
| | | Timonium, MD  21094 | | | | | |
| 07/12/12 | 001008 | Arcelor Stainless Processing | | 7100-000 | | 34,175.66 | 306,752.91 |
| | | Coface North America Inc | | | | | |
| | | 50 Millstone Rd., Bldg 100, Ste 360 | | | | | |
| | | East Windsor, NJ  08520 | | | | | |
| 07/12/12 | 001009 | Euler Hermes ACI Assignee of | | 7100-000 | | 22,888.28 | 283,864.63 |
| | | Atlas Steel Products Co | | | | | |
| | | 800 Red Brook Boulevard | | | | | |
| | | Owings Mills, MD  21117 | | | | | |
| 07/12/12 | 001010 | USF Holland, Inc. | | 7100-000 | | 3,186.80 | 280,677.83 |

Page Subtotals    380,452.27    99,774.44

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2                                                                                                                      Page:   6

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:              10-22201  -RG                          Trustee Name:          JOSEPH R. VOILAND
Case Name:            SCIENTIFIC TUBE, INC.                   Bank Name:             Congressional Bank
                                                             Account Number / CD #:  *******4646  Checking Account

Taxpayer ID No:       *******4398
For Period Ending:    11/18/12                               Blanket Bond (per case limit):   $ 50,000,000.00
                                                             Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Receivable Management Services "RMS" P.O. Box 5126 Timonium, MD  21094 | | | | | |
| 07/12/12 | 001011 | Burr Oak Tool, Inc 405 W South Street PO Box 338 Sturgis, MI  49091 | | 7100-000 | | 220.06 | 280,457.77 |
| 07/12/12 | 001012 | Tower Oil & Tech Co 4300 South Tripp Avenue Chicago, IL  60632 | | 7100-000 | | 100.10 | 280,357.67 |
| 07/12/12 | 001013 | Echo Global Logistics Inc 600 W Chicago, Suite 725 Chicago, IL  60654 | | 7100-000 | | 725.81 | 279,631.86 |
| 07/12/12 | 001014 | Schnidt Cartage 1625 Hunter Court Hanover Park, IL  60133 | | 7100-000 | | 59.69 | 279,572.17 |
| 07/12/12 | 001015 | Speciality Rolled Metals 423 St Paul Blvd Carol Stream, IL  60188 | | 7100-000 | | 18,499.27 | 261,072.90 |
| 07/12/12 | 001016 | Industrial & Wholesale Lumber 4401 N 25th Avenue Schiller Park, IL  60176 | | 7100-000 | | 76.39 | 260,996.51 |
| 07/12/12 | 001017 | Combined Metals of Chicago 2401 W Grant Bellwood, IL  60104 | | 7100-000 | | 7,348.42 | 253,648.09 |
| 07/12/12 | 001018 | Tsune America LLC 4480 Ray Boll Blvd Columbus, IN  47203 | | 7100-000 | | 310.06 | 253,338.03 |
| 07/12/12 | 001019 | Admiral Steel 4152 West 123rd Street | | 7100-000 | | 345.74 | 252,992.29 |

Page Subtotals                    0.00            27,685.54

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-22201  -RG | |
| Case Name: | SCIENTIFIC TUBE, INC. | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******4646  Checking Account | |

Taxpayer ID No:   *******4398
For Period Ending:  11/18/12

Blanket Bond (per case limit):   $ 50,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Alsip, IL  60803 | | | | | |
| 07/12/12 | 001020 | United Propane and Energy Co | | 7100-000 | | 126.86 | 252,865.43 |
| | | 3805 Clearview Court | | | | | |
| | | Gurnee, IL  60031 | | | | | |
| 07/12/12 | 001021 | Straub Metal International | | 7100-000 | | 3,719.71 | 249,145.72 |
| | | 102 Solomon Street | | | | | |
| | | Ashley, PA  18706 | | | | | |
| 07/12/12 | 001022 | RBS Packaging Inc | | 7100-000 | | 616.81 | 248,528.91 |
| | | PO Box 454 | | | | | |
| | | South Elgin, IL  60177 | | | | | |
| 07/12/12 | 001023 | VIP Property Maintenace | | 7100-000 | | 1,295.71 | 247,233.20 |
| | | 12N442 Switzer Road | | | | | |
| | | Elgin, IL  60124 | | | | | |
| 07/12/12 | 001024 | Amstek Metal | | 7100-000 | | 208,597.89 | 38,635.31 |
| | | 2408 W McDonough Street | | | | | |
| | | Joliet, IL  60434 | | | | | |
| 07/12/12 | 001025 | Northwest Benefit Consultants Inc | | 7100-000 | | 629.10 | 38,006.21 |
| | | 2720 S River Road Suite 102 | | | | | |
| | | Des Plaines, IL  60016 | | | | | |
| 07/12/12 | 001026 | Ken-Mac Metals | | 7100-000 | | 2,888.22 | 35,117.99 |
| | | Attn: Denise E. Love | | | | | |
| | | 17901 Englewood Drive | | | | | |
| | | Cleveland, OH  44130 | | | | | |
| 07/12/12 | 001027 | Addison Machine Engineering Inc | | 7100-000 | | 20,868.20 | 14,249.79 |
| | | 1301 Industrial Street | | | | | |
| | | Reedsburg, WI  53959 | | | | | |
| 07/12/12 | 001028 | Nicor Gas | | 7100-000 | | 2,752.78 | 11,497.01 |
| | | PO Box 549 | | | | | |
| | | Aurora, IL  60507 | | | | | |
| 07/12/12 | 001029 | Elite Stainless Steel Inc | | 7100-000 | | 9,940.37 | 1,556.64 |

Page Subtotals          0.00          251,435.65

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2                                                                                                                    Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-22201  -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | SCIENTIFIC TUBE, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4646  Checking Account |
| Taxpayer ID No: | *******4398 | | | |
| For Period Ending: | 11/18/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/12/12 | 001030 | 24560 Groesbeck Hwy<br>Warren, MI  48089<br>Cray, Kaiser Ltd<br>1901 S Meyers Road Suite 230<br>Oakbrook Terrace, IL  60181 | | 7100-000 | | 1,556.64 | 0.00 |
| 09/11/12 | | Congressional Bank | deposit of check No. 1006 | 9999-000 | 149.47 | | 149.47 |
| 09/11/12 | 001031 | FedEx Customer Information Services<br>Assignee of FedEx Express/FedEX Ground,<br>Memphis, TN  38116 | | 9999-000 | | 149.47 | 0.00 |

| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 380,601.74 | 380,601.74 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 375,452.27 | 0.00 | |
| | | Subtotal | 5,149.47 | 380,601.74 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 5,149.47 | 380,601.74 | |

| | | | NET | NET | ACCOUNT |
| Total Allocation Receipts: | 3,345.48 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account - *******5519 | 2,256.11 | 3,024.30 | 0.00 |
| | | Money Market Account - *******5565 | 376,713.87 | 493.41 | 0.00 |
| Total Memo Allocation Net: | 3,345.48 | Checking Account - *******4646 | 5,149.47 | 380,601.74 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 384,119.45 | 384,119.45 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    149.47                    1,706.11

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR** (5/1/2011) *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

Exhibit 9

| Case No: | 10-22201 -RG |
|---|---|
| Case Name: | SCIENTIFIC TUBE, INC. |
| Taxpayer ID No: | *******4398 |
| For Period Ending: | 11/18/12 |

| Trustee Name: | JOSEPH R. VOILAND |
|---|---|
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4646  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*